U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Turnpike Tom, et al.,
    Plaintiffs,
v.
Donna Lee Erickson,
    Defendant.

Case Number:
FILED: MARCH 24, 2008
08CV1699        EDA
JUDGE LINDBERG
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| NAME (Type or print) |
| --- |
| Andrew Downer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Andrew Downer/ |
| FIRM |
| Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP |
| STREET ADDRESS |
| 311 S. Wacker Drive, Suite 5000 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6281313 | (312) 554-7927 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [X] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]