### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1699     Assigned/Issued By: J. N.

Judge Name: LINDBERG     Designated Magistrate Judge: ASHMAN

---

**FEE INFORMATION**

*Amount Due:*   ✓ $350.00     ☐ $39.00     ☐ $5.00
                ☐ IFP         ☐ No Fee     ☐ Other _____
                ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____     Receipt #: 2636341_____

Date Payment Rec'd: 3-24-08_____     Fiscal Clerk: J. N._____

---

**ISSUANCES**

✓ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____          _____
   *(Type of Writ)*                    _____
                                       *(Type of issuance)*

1 Original and 0 copies on 3-24/08 as to DEFENDANT
                              *(Date)*