IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TURNPIKE TOM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONNA LEE ERICKSON, <br><br> Defendant. | Case No. 08 CV 1699 <br><br> Judge Lindberg |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby voluntarily dismiss this action, without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(i).

                                              Respectfully Submitted,

                                              TURNPIKE TOM, *et al.*

                                              By: _____
                                                    One of Plaintiffs' Attorneys

Jared D. Solovay
Pattishall, McAuliffe, Newbury,
    Hilliard & Geraldson LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
Ph: 312-554-8000
Fax: 312-554-8015