UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Turnpike Tom, et al.
                      Plaintiff,

v.                                         Case No.: 1:08−cv−01699
                                         Honorable George W. Lindberg

Donna Lee Erickson
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable George W. Lindberg: The status hearing scheduled for 9/3/2008 is stricken. It is hereby ordered that this action is voluntarily dismissed without prejudice, pursuant to FRCP 41(a)(1)(A)(i). Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.